**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TATIANA BELL,** Individually, and on behalf of all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-754-L** |
| | § | |
| **ENCORE ENTERPRISES, INC.,** | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the court is Plaintiff's Motion to Dismiss With Prejudice, filed June 21, 2016. The court determines that the motion should be, and is hereby, **granted**. Accordingly, this action and all claims and defenses asserted by the parties are **dismissed with prejudice.** The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 22nd day of June, 2016.

Sam A. Lindsay
Sam A. Lindsay
United States District Judge